UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEANNA L. WHEATLEY, | Civil No. C05-5365-RJB |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- A new ALJ will be assigned to this case and will conduct a new hearing, further develop the record and issue a new decision;

- The ALJ will evaluate and further develop the medical opinions;

- The ALJ will evaluate the third party lay witness statements within the record;

Page 1        ORDER OF REMAND- [C05-5365-RJB]

- The ALJ will re-assess Plaintiff's RFC; and

- The ALJ will re-evaluate step five with the assistance of a vocational expert, if necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d)

DATED this 31ST day of October, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge

Presented by:

s/ FRANCO L. BECIA   WSB # 26823
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2114
FAX: (206) 615-2531
franco.becia@ssa.gov

Page 2        ORDER OF REMAND- [C05-5365-RJB]